```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

               CASE NO.  05-80128-CIV-ZLOCH
```

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

vs.                                            **O R D E R**

CONCORDE AMERICA, INC.,
ABSOLUTE HEALTH AND FITNESS,
INC., HARTLEY LORD, DONALD E.
OEHMKE, BRYAN KOS, THOMAS M.
HEYSEK, ANDREW M. KLINE, AND
PAUL A. SPREADBURY,

      Defendants,

and

DASILVA, SA, VANDERLIP HOLDINGS,
NV, CHIANG ZE CAPITAL, AVV,
RYZCEK INVESTMENTS, GMBH,
BARRANQUILLA HOLDINGS, SA,

      Relief Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Securities And Exchange Commission's Motion To Appoint A Distribution Agent (DE 175). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff Securities And Exchange Commission's Motion To Appoint A Distribution Agent (DE 175) be and the same is hereby **GRANTED.**

    **IT IS FURTHER ORDERED AND ADJUDGED** that Melanie E. Damian, Esq., of the firm Damian & Valori, LLP, be and the same is hereby

**APPOINTED** as the Distribution Agent for disgorgement and prejudgment interest (hereinafter the "Funds") that the Defendants and Relief Defendants in the above-styled cause have paid into the Court Registry of the United States District Court for the Southern District of Florida.  Said Funds shall include any and all monies, that any and all Defendants or Relief Defendants subsequently pays into the Court Registry as disgorgement or prejudgment interest in the above-styled cause.

**IT IS FURTHER ORDERED AND ADJUDGED** that Distribution Agent Melanie E. Damian, Esq., of the firm Damian & Valori, LLP shall take such actions as are necessary to take possession of and remit said Funds to proper claimants, subject to Order of this Court. Such actions shall include but are not limited to making the appropriate tax payments for said Funds and developing and implementing a distribution plan with appropriate notice to potential claimants.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Distribution Agent Melanie E. Damian, Esq., of the firm Damian & Valori, LLP shall be entitled to reasonable compensation for services rendered, such compensation shall be paid from the Funds.  No payment for said services may be made prior to and without approval of this Court. Said Distribution Agent is **DIRECTED** to submit a bill for services rendered in execution of her duties with affidavits and exhibits to the Court no less often than quarterly.

2

**IT IS FURTHER ORDERED AND ADJUDGED** that the Distribution Agent Melanie E. Damian, Esq., of the firm Damian & Valori, LLP may hire certain professionals to assist her in carrying out the duties described above. However, the retention of all such professionals is subject to Court approval. Any professionals approved by the Court and retained by said Distribution Agent shall be entitled to reasonable compensation for their services from the Funds. No such payment shall be made prior to and without approval of this Court. Any and all such professionals who said Distribution Agent retains to assist her in the execution of her duties are **DIRECTED** to submit to the Court a bill with affidavits and exhibits no less than quarterly.

**IT IS FURTHER ORDERED AND ADJUDGED** that in connection with the performance of the Distribution Agent Melanie E. Damian, Esq., of the firm Damian & Valori, LLP shall not be liable to any person except for an act of gross negligence.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this \_\_8th\_\_ day of February, 2007.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies Furnished:

See Attached Mailing List

SEC vs. CONCORDE AMERICA, INC., et al.
CASE NO. 05-80128 CIV-ZLOCH

All Counsel of Record

Paul A. Spreadbury, Pro Se
8652 Bellemeadow Blvd.
Pensacola, FL 32514

Thomas Heysek, Pro Se
P.O. Box 2515
San Francisco, CA 94126