```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 05-80128-CIV-ZLOCH
```

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

                                                                 **O R D E R**

vs.

CONCORDE AMERICA, INC., et al.,

    Defendants,

DASILVA, SA, et al.,

    Relief Defendants.
_____/

    THIS MATTER is before the Court upon Distribution Agent's Motion To Extend Claims Period (DE 254). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The instant Motion requests to extend the claims period for the purpose of transferring the remaining funds collected in <u>SEC v. Bio-Heal Laboratories, Inc.</u>, Case No. 05-21116-CIV-SEITZ (hereinafer "Bio-Heal"), into the fund established in this action. As of the date of this Order, the claims period in the Bio-Heal case has closed, and there remain funds in the amount of $5,422,302.00, with no eligible claims pending. The Honorable Patricia A. Seitz, presiding over the Bio-Heal case, entered an Order (DE 151) permitting the transfer of the remaining Bio-Heal funds into the fund created for the above-styled cause. In said Order, Judge Seitz determined that a transfer of the Bio-Heal Funds to this case for distribution to similarly situated claimants is

appropriate.  And the Court sees no reason why it should stand in the way of Judge Seitz's well-reasoned order.

The Court notes that similar actors are involved in the schemes to defraud in the Bio-Heal case and in this case. Therefore, the application of the <u>cy</u> <u>pres</u> doctrine necessitates distribution of the Bio-Heal funds to potential claimants in this case, and the Court shall extend the claims period for a reasonable amount of time to facilitate the distribution.  <u>See</u> <u>In re: Airline Ticket Comm'n Antitrust Litigation</u>, 307 F.3d 679 (8th Cir. 2002).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Distribution Agent's Motion To Extend Claims Period (DE 254) be and the same is hereby **GRANTED**; and

2. The Claims Bar Date be and the same is hereby extended through and including October 31, 2008, and the Determination Date be and the same is hereby extended through and including December 19, 2008.  All corresponding dates set forth in the distribution plan are likewise extended.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    25th     day of August, 2008.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

The Honorable Patricia A. Seitz

All Parties and Counsel of Record